IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| 300 WEST 22 REALTY, LLC, | § | |
| | § | No. 109, 2023 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N22C-03-147 |
| STRATHMORE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: November 29, 2023
Decided: December 6, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

This 6th day of December 2023, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion and Order dated March 1, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice